UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-2860-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS MARTIN GARCIA, et al.,

    Defendants.
_____

## O R D E R

THIS CAUSE is before the Court on defendant **Alfredo Rivera Pajon's** Motion for Temporary Order Directing the Government to Refrain from Repatriating Any of the Cuban Migrants and Other Relief (DE 11). A hearing was held on the motion on August 2, 2007. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED as moot based on the Government's ore tenus response that the remaining 13 Cuban migrants were repatriated on August 1, 2007, @ 4:00 p.m. It is further

ORDERED that the Government preserve all notes pertaining to this matter.

DONE AND ORDERED in the Southern District of Florida, this 2nd day of August, 2007.

                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:
SAUSA Don Brown (MIA)
AFPD Chantel Doakes (FTL)
Isreal Encinosa, Esq.